# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| **MICHAEL WALSH**  **Plaintiff,**  v.  **THE UNITED STATES OF AMERICA,**  **Defendant.** | Case No.  **COMPLAINT** |

## NATURE OF ACTION

This is an action under the Federal Tort Claims Act (28 U.S.C. §2671-2680), as amended, for personal injury of Michael Walsh (herein after "Michael") , an honorably discharged Veteran of the United States Army for personal injury arising from negligence in providing ophthalmology care by the Department of Veterans Affairs at its Des Moines, Polk County, Iowa facility.

## JURISDICTION

This Court has jurisdiction of the subject matter under 28 U.S.C. §1346(b)(1).

## VENUE

Venue lies in this Judicial District pursuant to 28 U.S.C. §1402(b) as the judicial district wherein the acts or omissions in issue occurred.

## PARTIES

1. At all times relevant, Plaintiff Michael Walsh was a resident of Des

1

Moines, Polk County, Iowa. Thomas Jennings, Jr. is an honorably discharged Veteran of the United States Army; a patient of the United States Department of Veterans Affairs ("VA") Central Iowa Healthcare at its Des Moines, Iowa facility, who underwent an left eye injection for exudative AMD on December 5, 2019, wherein he developed infection (endophthalmitis OS) blindness and enucleation of his left globe.

## COMPLIANCE WITH ADMINSTRATIVE CLAIM FILIING REQUIREMENT – 28 U.S.C §2675

2. On or about November 4, 2020, undersigned, Larry D. Helvey filed a Claim on Standard Form 95 with the Regional Counsel, Department of Veterans Affairs, VARO RM 977, 210 Walnut Street, Des Moines, Iowa. The claims was signed on by Plaintiff in his correct name of Michael Walsh. as of that date.

3. The Administrative Tort Claim of Michael Walsh was denied and a certified letter from the VA was sent on December 15, 2021. This suit is being filed under FTCA, 28 U.S.C. 1346(b) and 2671-2680 and is within six months of the mail of the notice of denial (28 U.S.C. Section 2401(b).

## FACTUAL ALLEGATIONS

4. On or about December 7, 2019, Plaintiff Michael Walsh was an outpatient at VA in Des Moines, Iowa. An intravitreal injection 0.05cc Avastin was placed in left eye for exudative AMD by ophthalmology resident, Benjamin Janson with Justin Bloomberg attending. Michael subsequently developed an infection of his left eye (endophthalmitis OS) that led to blindness OS. On March 20, 2020, Plaintiff underwent enucleation OS.

5. Defendant was negligent in one or more of the following:

   a. Failure to prep conjunctive and eyelid margins with dilute betadine as per standard protocol to disinfect the eye prior to the Avastin injection.

   b. Jaime Ross, Health Tech at VA CIHS, Des Moines Department of Ophthalmology will testify to the failure to disinfect OS with dilute betadine on Plaintiff.

   c. Failure to provide ophthalmology care within the SOC.

## NEGLIGENCE - COUNT I

Plaintiff Michael Walsh for a cause of action in negligence against Defendant The United States of America states:

6. Plaintiff adopts and repleads paragraphs 1 through 5 of this Complaint as paragraphs 6 through 8 of Count I.

7. The negligence of Defendant was a proximate cause of injuries and damages to Plaintiff.

8. In this action, Plaintiff Michael Walsh., seeks money damages as provided by the laws of the State of Iowa in negligence cases, pursuant to 28 U.S.C. §§1346(b)(1) and 2674 for:

   a. Loss earnings;

   b. Loss of future earning capacity;

   c. Loss of full mind and body past, present and future

   d. Physical and mental pain and suffering past, present and future; and.

   e. Costs of litigation and reasonable attorneys' fees.

## **PRAYER FOR RELIEF – COUNT I**

WHEREFORE, Plaintiff Michael Walsh. prays for money damages from Defendant as provided by the laws of the State of Iowa, pursuant to 28 U.S.C. §§1346(b)(1) and 2674, for all of the items listed in paragraph 8 above, with interest thereon as provided by law, plus the costs of ligation and reasonable attorneys' fees.

Respectfully submitted,

By: /s/Larry D. Helvey, M.D., J.D.
Larry Helvey, M.D., J.D.AT0003424
LARRY HELVEY LAW FIRM
2735 First Avenue SE, Suite 101
Cedar Rapids, IA  52402
Telephone: (319) 362-0421
Fax: (319) 362-3496
Email: lhelvey@helveylaw.com